IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>DENNIS R. JONES,<br><br>     Defendant. | 4:14CR3083<br><br>**ORDER** |

  The defendant was previously released on conditions, but violated the terms of that release by violating the law.  Based on the evidence presented, the court finds there is probable cause to believe that the defendant committed a state felony, and there are no reasonable conditions that can be imposed that will assure the safety of the community.

  Accordingly,

  IT IS ORDERED:

  The defendant's release is revoked and he is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

  July 8, 2015.

                    BY THE COURT:

                    *s/ Richard G. Kopf*
                    Senior United States District Judge